UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLLE BERNETHY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LAKECOURT APARTMENTS, LLC, et al., <br><br> Defendants. | C18-1014 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the docket, the Court believes this matter should be set as a bench trial, not a jury trial because no jury has been demanded pursuant to Federal Rule of Civil Procedure 38. If any party wishes to object to the Court amending its October 16, 2018 Scheduling Order, docket no. 17, to reclassify this action as a bench trial, such objection shall be filed on or before Friday, July 26, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of July, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1