UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLLE BERNETHY, et al.,

Plaintiffs,

v.

LAKECOURT APARTMENTS, LLC, et al.,

Defendants.

C18-1014 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Plaintiffs' Motion to Continue Defendants' Motion for Summary Judgment, docket no. 26, is GRANTED in part. The Court treats the motion as one for relief from a deadline pursuant to Local Civil Rule 7(j), and finds good cause to extend Plaintiffs' deadline to respond to Defendants' pending motions due to Plaintiffs' counsel's pending motion to withdraw. The Clerk is DIRECTED to renote Defendants' Motion for Summary Judgment, docket no. 21, and Defendants' Motion to Strike Untimely & Improperly Filed Jury Demand, docket no. 28, to August 30, 2019.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of August, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1