UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLLE BERNETHY, et al.,

                Plaintiffs,

  v.

LAKECOURT APARTMENTS, LLC, et al.,

                Defendants.

C18-1014 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1) The Court SETS a hearing to consider the motion brought by Kristi Favard for leave to withdraw as counsel of record for Plaintiffs, docket no. 24, for Thursday, August 29, 2019 at 11:00 a.m. Plaintiffs Kylle Bernethy and Shawnette Bernethy may attend the status conference.

     (2) The noting dates associated with Defendants' Motion for Summary Judgment, docket no. 21, and Defendants' Motion to Strike Untimely & Improperly Filed Jury Demand, docket no. 28, are STRICKEN. The Court will renote the motions after ruling on Plaintiffs' counsel's motion to withdraw.

     (3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Plaintiffs Kylle and Shawnette Bernethy.

     Dated this 20th day of August, 2019.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1