UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLLE BERNETHY, et al.,

    Plaintiffs,

v.

LAKECOURT APARTMENTS, LLC, et al.,

    Defendants.

C18-1014 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By November 12, 2019, the parties are DIRECTED to file a Joint Status Report indicating when the parties will be ready for trial.

(2) Defendants' Motion for Summary Judgment, docket no. 21, is RENOTED to November 29, 2019. Any opposition by Plaintiffs to Defendants' Motion shall be filed by November 25, 2019, and any reply by Defendants shall be filed by November 29, 2019.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of November, 2019.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1