UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLLE BERNETHY, et al.,

    Plaintiffs,

v.

LAKECOURT APARTMENTS, LLC, et al.,

    Defendants.

C18-1014 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to Defendants' Unopposed Motion to Adjust the Summary Judgment Noting Date, docket no. 53, Defendants' Motion for Summary Judgment, docket no. 21, is RENOTED to December 6, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of November, 2019.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1