UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLLE BERNETHY, et al.,

        Plaintiffs,

  v.

LAKECOURT APARTMENTS, LLC, et al.,

        Defendants.

C18-1014 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS a telephone conference call for Friday, June 19, 2020, at 11:00 a.m. The Court's staff will be in contact with counsel to provide a conference call number and access code. The parties should be prepared to discuss the following issues:

    (a) The status of the case;

    (b) Whether any additional dispositive motion practice is appropriate;

    (c) Whether the parties would consider consenting to a magistrate judge; and

    (d) Any issues relating to case management in light of the existing COVID-19 pandemic and the restrictions on the procedures for conducting civil matters in light of the Court's General Orders. *See* General Order 08-20.

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of June, 2020.

                                              William M. McCool  
                                              Clerk

                                              s/Karen Dews  
                                              Deputy Clerk

MINUTE ORDER - 2