HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLLE AND SHAWNETTE BERNETHY, individually and on behalf of their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>LAKECOURT APARTMENTS, LLC, a Washington limited liability company; FANEUIL HALL APARTMENTS, LLC, a Washington limited liability company; and MIKE and TONYA HEATHMAN, a marital community,<br><br>Defendants. | NO. 2:18-CV-01014-TSZ<br><br>STIPULATED MOTION FOR DISMISSAL BASED UPON PLAINTIFF'S WITHDRAWAL OF REMAINING CLAIMS AND PAYMENT BY COUNTERCLAIMANT DEFENDANTS TO COUNTERCLAIMANTS<br><br>AND<br><br>ORDER |
| LAKECOURT APARTMENTS, LLC, a Washington limited liability company; FANEUIL HALL APARTMENTS, LLC, a Washington limited liability company; and MIKE and TONYA HEATHMAN, a marital community,<br><br>Counterclaimants,<br><br>v.<br><br>KYLLE AND SHAWNETTE BERNETHY, individually and on behalf of their marital community,<br><br>Counterclaim Defendants. | |

{KIL2177935.DOCX;1/05342.000002/ }
STIPULATED MOTION FOR DISMISSAL BASED UPON PLAINTIFF'S
WITHDRAWAL OF REMAINING CLAIMS AND PAYMENT BY
COUNTERCLAIMANT DEFENDANTS AND ORDER- 1
NO. 2:18-CV-01014-TSZ

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

## I.     **STIPULATION**

Counterclaimants Lake Court Apartments, LLC, Faneuil Hall Apartments, LLC, Mike Heathman and Tanya Heathman ("Counterclaimants"), by and through their attorneys of record, hereby stipulate that their counterclaims against Counterclaim Defendants Kylle Bernethy and Shawnette Bernethy (collectively "Counterclaim Defendants") shall be dismissed with prejudice upon the payment of $10,000 by Kylle and Shawnette Bernethy to Counterclaimants' for Counterclaimants' claims against Kylle and Shawnette Bernethy for: (1) defamation; (2) negligent misrepresentation; (3) intentional misrepresentation; (4) fraud/fraudulent inducement; (5) tortious interference; (6) unjust enrichment; and (7) breach of fiduciary duties.

The parties further acknowledge that on February 13, 2020 and pursuant to Defendants' Lake Court Apartments, LLC, Faneuil Hall Apartments, LLC, Mike Heathman's and Tanya Heathman's (collectively "Defendants") Motion for Summary Judgment, the Court dismissed with prejudice the following claims brought by Plaintiffs Kylle and Shawnette Bernethy:  (1) unpaid wages; (2) breach of contract as to any alleged claims regarding a property management position and/or rent concession; (3) unjust enrichment as to any alleged claims regarding a property management position and/or rent concession; (4) violation of the Washington Law Against Discrimination; (5) Whistleblower Retaliation and Wrongful Termination; and (6) Intentional and/or Negligent Infliction of Emotional Distress.

Although the Court allowed Plaintiffs' claims of breach of contract and unjust enrichment as they relate only to work Plaintiffs allege they did at Faneuil Hall Apartments to proceed to trial, upon filing of this Stipulation, Plaintiffs shall be and are hereby deemed to have withdrawn those remaining claims, which shall be dismissed with prejudice without any payment to Plaintiffs and/or any costs or fees to Plaintiffs.

It is further stipulated that an Agreed Order of Dismissal may be presented without notice of presentation.

{KIL2177935.DOCX;1/05342.000002/ }
STIPULATED MOTION FOR DISMISSAL BASED UPON PLAINTIFF'S
WITHDRAWAL OF REMAINING CLAIMS AND PAYMENT BY
COUNTERCLAIMANT DEFENDANTS AND ORDER- 2
NO.  2:18-CV-01014-TSZ

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

OGDEN MURPHY WALLACE, P.L.L.C.

By    */s/ Kari I. Lester*
     Kari I. Lester, WSBA #28396
     Attorneys for Defendants/Counterclaimants

LEGAL RESOLUTIONS, PLLC

By    */s/ Josias Flynn*
     Josias Flynn, WSBA #44130
     Attorneys for Plaintiffs/Counterclaim Defendants

{KIL2177935.DOCX;1/05342.000002/ }
STIPULATED MOTION FOR DISMISSAL BASED UPON PLAINTIFF'S
WITHDRAWAL OF REMAINING CLAIMS AND PAYMENT BY
COUNTERCLAIMANT DEFENDANTS AND ORDER- 3
NO.  2:18-CV-01014-TSZ

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

## II.   ORDER OF DISMISSAL

Based upon the above Stipulation of the parties, it is hereby ORDERED AND ADJUDGED that the above-referenced matter shall be dismissed with prejudice and with each side to bear their own fees and costs.

Dated this 26th day of June, 2020.

*[signature]*

Thomas S. Zilly
United States District Judge

Presented by:

OGDEN MURPHY WALLACE, P.L.L.C.

By     */s/ Kari I. Lester*
Kari I. Lester, WSBA #28396
Attorneys for Defendants/Counterclaimants

LEGAL RESOLUTIONS, PLLC

By     */s/ Josias Flynn*
Josias Flynn, WSBA #44130
Attorneys for Plaintiffs/Counterclaim Defendants

{KIL2177935.DOCX;1/05342.000002/ }
STIPULATED MOTION FOR DISMISSAL BASED UPON PLAINTIFF'S
WITHDRAWAL OF REMAINING CLAIMS AND PAYMENT BY
COUNTERCLAIMANT DEFENDANTS AND ORDER- 4
NO.  2:18-CV-01014-TSZ

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215